**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Victorine Bih Kinah,
Petitioner,

v.

Unknown Party, et al.,
Respondents.

No. CV-26-07394-PHX-GS

**ORDER**

Petitioner, through counsel, filed this action under 28 U.S.C. § 2241 challenging her immigration detention. (Doc. 1.) Petitioner, a citizen of Cameroon, was accused by the military of being a member of the Southern Cameroons National Council. She was detained, tortured, and raped before she escaped and entered the United States in 2023. On December 1, 2025, an immigration judge granted withholding of removal because of the risk of persecution she faced. On October 8, 2026, Immigration and Customs Enforcement agents detained Petitioner and informed her she was going to be deported to Africa. Petitioner alleges her detention violates her Fifth Amendment rights, and she seeks release and an award of costs and attorney's fees. (*Id.*)

The Court ordered Respondents to show cause why the Petition should not be granted. (Docs. 7, 11.) In the Response, Respondents state: "Respondents do not oppose the habeas petition or Petitioner's requested relief for release from custody." (Doc. 12.) The Court accepts this concession as non-opposition to granting the Petition.

**IT IS ORDERED:**

(1) Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted**.

(2) Respondents must **immediately** release Petitioner from custody under the same conditions that existed before her detention.

(3) Respondents must provide a notice of compliance within **two days** of this Order.

(4) Absent a significant change in Petitioner's circumstances, Respondents and their agents are enjoined from re-detaining Petitioner without **seven (7) days** prior written notice to Petitioner and an opportunity for Petitioner to be heard by a neutral immigration judge on the reasons for the re-detention and consideration of bond, at which hearing the government must bear the burden of demonstrating by clear and convincing evidence that Petitioner is likely to flee or pose a danger to the community if not detained.

(5) Any motion for fees and costs pursuant to 28 U.S.C. § 2412 shall be filed within 30 days of final judgment. *See* 5 U.S.C. § 504; 28 U.S.C. § 2412(d)(1)(B), (d)(2)(G).

(6) Any pending motions are denied as moot and the Clerk of Court must enter judgment in Petitioner's favor and close this case.

Dated this 2nd day of November, 2026.

Honorable Greg Sakall
United States Magistrate Judge